UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| NICHOLAS JOSEPH KOURY #198018 | CIVIL DOCKET NO. 5:22-CV-05818 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STATE OF LOUISIANA | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Record Document 7) of the Magistrate Judge previously filed herein, and after a *de novo* review of the record, including the Objection filed by Petitioner (Record Document 8), having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Record Document 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS, DONE AND SIGNED** in Chambers, this 24th day of April, 2023.

_____
S. MAUICE HICKS, JR.
UNITED STATES DISTRICT JUDGE